UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br><br> ECF Case |

This document relates to:
*McCarthy, et al. v. The Kingdom of Saudi Arabia,* 1:16-cv-08884 (GBD)(SN)

## DECLARATION OF ANDREW J. MALONEY, III, ESQ. IN SUPPORT OF APPLICATION TO SUBSTITUTE COUNSEL

Andrew J. Maloney, III, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am an attorney admitted to practice in the State of New York and before this Court. I submit this declaration pursuant to S.D.N.Y. Local Rule 1.4 and in support of an application to substitute my law firm, Kreindler & Kreindler LLP, in the place of Allan C. Samuels, Esq. of the law offices of Shendell & Pollock, P.L. to represent Plaintiffs Jennifer Castelano and Antoinette McCarthy in the above-captioned multi-district litigation as to defendant Kingdom of Saudi Arabia.

2. Kreindler & Kreindler LLP represented the Estate of Emeric J. Harvey, the father of Plaintiffs Jennifer Castelano and Antoinette McCarthy, in the original September 11, 2001 Victims Compensation Fund and continues to represent the Estate in this litigation against the Kingdom of Saudi Arabia, among others. *See* MDL ECF 1463 at 12 (*Ashton* Sixth Amended Complaint); 17-cv-2003 (S.D.N.Y.)(GBD)(SN), ECF 21 at 21.

3. We also already represent Jennifer Castelano and Antoinette McCarthy in connection with the causes of action raised in the *Ashton* Sixth Amended Complaint. 17-cv-2003 (S.D.N.Y.)(GBD)(SN), ECF 1573 at 3.

1

4. This MDL litigation is ongoing, the moving Plaintiffs filed a timely suit against the Kingdom of Saudi Arabia, the moving Plaintiffs will not be requesting an extension of any deadlines in the case and there will be no prejudice to the Plaintiffs or the Kingdom of Saudi Arabia by the requested substitution of the Plaintiffs' original counsel.

5. The Plaintiffs, their outgoing attorney (Allan Samuels, Esq. and Shendell & Pollock, L.P.), and my law firm all consent to the substitution. See attached Exhibit A, Declaration of Allan Samuels, Esq., Exhibit B, Declaration of Gary Shendell, Esq., and Exhibit C, a true and accurate copy of the consent executed by the Plaintiffs, Mr. Samuels, Shendell & Pollock, L.P., and myself.

6. In light of the Plaintiffs' wishes and the attached consent, I respectfully request that this Court grant the proposed Order filed herewith, substituting myself and the law firm of Kreindler & Kreindler LLP as counsel for the moving Plaintiffs.

Dated:   New York, New York
         October 29, 2025

                                        KREINDLER & KREINDLER LLP

                                        BY:   /s/ Andrew J. Maloney, III
                                        Andrew J. Maloney, III, Esq.
                                        485 Lexington Ave., 28th Floor
                                        New York, New York 10017
                                        Tel: (212) 687-8181
                                        Fax: (212) 972-9432
                                        amaloney@kreindler.com